April 1st, 1912.

———0———

- 5560.

(Court of Appeal, Parish of Orleans.)

# SUCCESSION OF MARIE TARRISSANT, WIDOW OF BERNARD CAZERE.

Where a claim for alimony is involved the appeal should be taken to the Supreme Court.

Appeal from the Civil District Court, Division "A."

Emile Pomes, for appellant.

Lyle Saxon, for appellee.

## ON MOTION TO DISMISS.

ST. PAUL, J.—This case comes before us as an appeal from a judgment allowing alimony to an alleged illegitimate child of a son of the deceased.

In matters "involving alimony" the appeal should be to the Supreme Court. **Const. 1898, Art. 85.**

It is therefore ordered that this case be transferred to the Supreme Court, provided that the requisite affidavit be filed herein within ten days, and that a transcript of this record and decree be lodged in said Supreme Court within thirty days, said delays to be counted from the finality of this decree; otherwise this appeal to stand as dismissed.

April 1st, 1912.

————o————

### 5548.

### (Court of Appeal, Parish of Orleans.)